Spann; Nicoshalmar-James
c/o 3936 Juanita May Avenue
North Las Vegas, Nevada [89032]
702-527-9346

FILED   ENTERED   RECEIVED   SERVED ON   COUNSEL/PARTIES OF RECORD

OCT 3 0 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

NICOSHALMAR SPANN,

      Plaintiff,

vs.

COX COMMUNICATIONS INC.,

      Defendant

Case No.: 2:23-cv-00093-GMN-EJY

**AMENDED COMPLAINT: BREACH OF CONTRACT DUE TO NON-PERFORMANCE OF SECURTIES, BREACH OF FIDUCIARY DUTY, SECURTIY FRAUD, EXTORTION, DEPREVATION OF RIGHTS**

      NICOSHALMAR SPANN ("Plaintiff") brings this complaint against the Defendant COX COMMUNICATIONS INC. ("Company"), and alleges as follows:

## JURISDICTION AND VENUE

1. This court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 as it arises under the laws of the United States.

2. Venue is proper in the District under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in this District, and Defendants' conduct business in this District.

## PARTIES

3. Plaintiff, NICOSHALMAR SPANN, is an individual residing at 3936 JUANITA MAY AVENUE, NORTH LAS VEGAS, NEVADA.

4. Defendant, COX COMMUNICATIONS INC., is a Georgia corporation with its principal place of business at 6205-B Peachtree Dunwoody Road North East Atlanta Georgia 30328.

## BACKGROUND AND DOCUMENTARY EVIDNCE INCLUDED AS EXHIBITS

5. On December 6, 2022, as agent, the Plaintiff received, accepted, and performed the debt obligation on behalf of the principal, in the form of a collateral security agreement from COX COMMUNICATIONS in accordance with the Bill of Exchange Act 1985, and giving 5 days for response and/or strict performance.

6. Conveyance was remitted on behalf of the principal, by priority mail through the UNITED STATES POSTAL SERVICE, addressed to Chief Financial Officer, Perley McBride. Documentation of this action is included in **Exhibit 1**.

7. On December 9, 2022, at 10:47am, conveyance was delivered and received at the front desk, evidenced by the tracking printout of transition by/and through UNITED STATES POSTAL SERVICE, included in **Exhibit 1**.

8. On December 15, 2022, a 2nd notice was issued and received on December 16, 2022, at 10:27am by an individual at COX COMMNICATIONS which was addressed to the CFO. Due to non-response and non-performance of the collateral security agreement issued on behalf of the principal for strict performance in lawful tender, in

2

respect to Section 16. Notes Issued parts 1 and 2 of the Federal Reserve Act. With instructions giving an additional 5 days to elevate performance. Included in **Exhibit 2**.

9.  On December 27, 2022, following continued non-response and/or non-performance by CFO Perley McBride, Plaintiff issued Final Notice Opportunity to cure, giving 5 additional days for performance which Defendant received and signed for on December 29, 2022, at 9:37am. In respect to the Federal Reserve Act Section 29, Civil Money Penalty, part c and d, an invoice for one million dollars a day fine for breach until complete performance of the breaching party. Included in **Exhibit 3**.

10. On January 3, 2023, due to non-response and non-performance, causing breach with no consideration of intent to elevate and complete performance, the Defendant was issued notice for arbitration, which was received on January 5, 2023, at 10:42am. Along with additional security collateral received, accepted, and remitted by the Plaintiff. Included transaction can be found in **Exhibit 4**.

11. On January 3, 2023, the Plaintiff submitted a consumer complaint form to the FEDERAL RESERVE CONSUMER HELP regarding this matter, which was received on January 5, 2023, at 7:51am. Currently a response has still not been provided.  Included in **Exhibit 5**.

12. Attached for support is 18 United States Code Crimes and Criminal Procedures section 8 Obligations or other security of the United States defined. Also included is the Department of Justice definition of Setoff. Included as **Exhibit 6**.

13. Plaintiff received from Defendant notice of intent to commit abusive actions against the principal to interrupt service on January 6, 2023, with no regard to the collateral

3

security received by Defendant. Under duress Plaintiff paid against his will to avoid interruption of service. Which of all can be found in **Exhibit 7**.

14. On January 31, 2023, Plaintiff issued a security endorsed coupon to the Chief Financial Officer which was received on February 6, 2023 @ 10:35am for the February bill. This can be found in **Exhibit 8**.

15. On March 1, 2023, Plaintiff issued a security endorsed coupon dated February 28, 2023, to the Chief Financial Officer, which was received on March 2, 2023, at 12:55pm for the March bill. This can be found in **Exhibit 9**.

16. On March 15, 2023, Plaintiff issued further securities to the Chief Financial Officer which is evidenced in **Exhibit 10**.

17. Injunctive Relief was issued to the Mark Greatrex President of COX COMMUNICATIONS dated March 27, 2023. Along with evidence that Plaintiff issued additional interest under duress. Evidenced in **Exhibit 11**.

18. Continued proof of interest being paid under duress. Copy was issued to Defendant's Attorney at Dickinson Wright PLLC. Evidenced in **Exhibit 12**.

19. A negotiable instrument was issued for the June bill, also a copy was issued to Defendant's Attorney at Dickinson Wright PLLC. Evidenced in **Exhibit 13**.

20. Due to non-performance Plaintiff continued to make payment of interest under duress. Evidenced in **Exhibit 14**.

21. On July 5, 2023, Plaintiff issued endorsed coupon securities for July bill, which was received on July 11, 2023, at 8:08am. Evidenced in **Exhibit 15**.

22. Due to non-performance Plaintiff continued to make payment of interest under duress. Evidenced in **Exhibit 15**.

4

23. On July 28, 2023, Plaintiff issued endorsed coupon securities for August bill, which was received on July 31, 2023, at 8:23am. Evidenced in **Exhibit 17**.

24. Plaintiff provided a copy of a letter issued to the Plaintiff by the Defendant's evidencing extortionary means by threatening cancellation of service after they dishonored. Evidenced in **Exhibit 18**.

25. Plaintiff issued Notice of Credit of Interest and endorsed coupon securities for the October bill to the Treasurer of COX COMMUNICATIONS on October 10, 2023. Evidenced in **Exhibit 19.**

## **ARGUMENT**

### **COUNT I- BREACH OF CONTRACT**

26. Breach defined is a violation of law or when a party fails to perform their part of a contractual agreement.

27. The Defendant has a duty to perform the bill as it is incidental to our agreement which has the origins from a consumer credit transaction.

28. Failure to credit the account and fulfil the contract gives the account an appearance of default or negative status which is continuously causing undue harm to the Plaintiff. These actions are committed by means which are prohibited by the Constitution, State, and Federal laws.

29. The failure to provide care to the beneficial owner because you hold and serve an account registered in the name for my benefit, bearing my personal, and private information withholding interest causing the matter in question.

30. The endorsement was delivered with sufficient time to complete the tendered performance necessary by law to credit the interest coming due.

31. The Defendant's actions constitute Breach of Contract because of the following facts expressed:

    a. Failure to perform the security causing undue harm.

    b. Non-response from the Chief Financial Officer, who is a public officer, can be presumed as an act to deprive me of my right to have full disclosure and receive proper care.

    c. There is a binding agreement for performance and the lack of performance of the trustee to his duties, and due to the default it has caused this inferior breach.

    d. The dishonor has caused damage to the principal account and injury to the beneficial owner from infringement.

32. The Defendant is a trustee and owes a duty of care and loyalty to service the account for the benefit of the account owner in accordance with the agreement.

**COUNT II- BREACH OF FIDUCIARY DUTY**

33. The Defendant breaches fiduciary duties because the Uniform Fiduciaries Act in Nevada NRS 162 details what a fiduciary obligation is.

    a. Failure to respond after receiving endorsement instruments, the Chief Financial Officer did not provide any care or consideration to remedy the concerns brought forward which caused an inferior breach.

    b. Failure to provide care- non-response and lack of performance are necessary duties of care which have been infringed upon.

    c.  Failure to act with honor with the interest given, which appears to be willful negligence the Chief Financial Officer failed to perform the securities with the instructions that were received.

34. The Defendant is in-fact by this Act a Fiduciary and personally owed a performance still-due to the principal account which did not occur and is causing irreparable harm.

### COUNT III- SECURITY FRAUD

35. The Defendant is in possession of private credit information and failed to provide and protect the beneficiary.

    a.  Securities Commodities Fraud- 18 U.S. Code 1348 defines: (1)to defraud any person in connection with any commodity for future delivery, or any option on a commodity for future delivery, or any security of an issuer with a class of securities registered under section 12 of the Securities Exchange Act of 1934 (15 U.S.C. 78l) or that is required to file reports under section 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78o(d)); or

      (2) to obtain, by means of false or fraudulent pretenses, representations, or promises, any money or property in connection with the purchase or sale of any commodity for future delivery, or any option on a commodity for future delivery, or any security of an issuer with a class of securities registered under section 12 of the Securities Exchange Act of 1934 (15 U.S.C. 78l) or that is required to file reports under section 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78o(d));

    b.  Larceny- NRS 205.260 states: Negotiable and other instruments subjects of larceny.   Bonds, promissory notes, banknotes, bills of exchange, or other

7

bills, orders, drafts, checks, travelers' checks, money orders, receipts or

certificates, or warrants for or concerning money, goods or property, due, or

to become due, or to be delivered, or any public security issued by the United

States or by this state, and any deed or writing containing a conveyance of

land or valuable contract, in force, or any release or defeasance, or any other

instrument whatever, shall be considered personal goods, of which larceny

may be committed; and the money due thereon, or secured thereby and

remaining unsatisfied, or which, in any event or contingency, might be due or

collectible thereon, or the value of the property transferred or affected thereby,

as the case may be, shall be deemed the value of the article stolen.

c. Equal Credit Opportunity Act-15 U.S. Code § 1691

(a) **Activities constituting discrimination.**

It shall be unlawful for any creditor to discriminate against any applicant, with

respect to any aspect of a credit transaction—

(3) because the applicant has in good faith exercised any right under this

chapter.

All supported by Truth in Lending. 15 U.S. Code § 1601 Congressional

findings and declaration of purpose.

(a) **Informed use of credit**

The Congress finds that economic stabilization would be enhanced and the

competition among the various financial institutions and other firms engaged

in the extension of consumer credit would be strengthened by the informed

use of credit. The informed use of credit results from an awareness of the cost

thereof by consumers. It is the purpose of this subchapter to assure a meaningful disclosure of credit terms so that the consumer will be able to compare more readily the various credit terms available to him and avoid the uninformed use of credit, and to protect the consumer against inaccurate and unfair credit billing and credit card practices.

(b) **Terms of personal property leases**

The Congress also finds that there has been a recent trend toward leasing automobiles and other durable goods for consumer use as an alternative to installment credit sales and that these leases have been offered without adequate cost disclosures. It is the purpose of this subchapter to assure a meaningful disclosure of the terms of leases of personal property for personal, family, or household purposes so as to enable the lessee to compare more readily the various lease terms available to him, limit balloon payments in consumer leasing, enable comparison of lease terms with credit terms where appropriate, and to assure meaningful and accurate disclosures of lease terms in advertisements.

d. Securities Exchange Act are the interpretations of what instruments are accepted as securities and how they can be exchanged, which the Defendant's must be in compliance with because they engage in commerce and trade in the United States.

e. The Securities Act is the interpretations of what qualifies and instrument as a security.

36. The Defendant's hold an account in trust on behalf of the Plaintiff which is registered in the name of the beneficial owner. Which has rightfully been in the true name of the Plaintiff NICOSHALMAR SPANN the cestui que vie trust.

### COUNT IV- EXTORTION

37. After receiving notices and securities to correct the account. Defendant disregarded the obligation due and made demand for interest (Floating Rate Notes) even after the tendered delivered security was wrongfully misrepresented by the Defendant's.

    a.   18 U.S. Code § 894- Collection of extensions of credit by extortionate means

        I.     (b) In any prosecution under this section, for the purpose of showing an implicit threat as a means of collection, evidence may be introduced tending to show that one or more extensions of credit by the creditor were, to the knowledge of the person against whom the implicit threat was alleged to have been made, collected or attempted to be collected by extortionate means or that the nonrepayment thereof was punished by extortionate means.

    b.   The notice of "solicitation" to terminate service even though you have received principal is prima facie evidence of intent to extort the Plaintiff, causing undue harm, and force as an action to collect.

    c.   Constitutional infringement- the Commerce Clause of the Constitution prescribes full faith and credit as there is no more gold or silver to pay debts;

       **Article 1 Section 8-**

The Congress shall have power to lay and collect taxes, duties, imposts and excises, to pay the debts and provide for the common defense and general welfare of the United States; but all duties, imposts and excises shall be uniform throughout the United States;

To borrow money on the credit of the United States;

**Article 1 Section 10.**

No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility.

d. Definitions: Person[1], Credit[2], Creditor[3], Extortion[4], Security[5], Transfer[6], Negotiable Instrument[7], Acceptance[8], Fiduciary[9], Beneficial Owner[10], Cestui Que Trust[11], Estate[12].

_____

[1] **Person defined**: 1. A human being---Also termed natural person. *(BLACK LAWS DICTIONARY THIRD POCKET EDITION)* Person Defined 15 U.S. Code § 1602 (e) The term "person" means a natural person or an organization.

[2] **Credit defined**: 1. To believe. 2. To enter (as an amount) on the credit side of an account. *(BLACK LAWS DICTIONARY THIRD POCKET EDITION)* Credit defined 15 U.S. Code § 1602 (f) The term "credit" means the right granted by a creditor to a debtor to defer payment of debt or to incur debt and defer its payment.

[3] **Creditor defined**: (g)The term "creditor" refers only to a person who both (1) regularly extends, whether in connection with loans, sales of property or services, or otherwise, consumer credit which is payable by agreement in more than four installments or for which the payment of a finance charge is or may be required, and (2) is the person to whom the debt arising from the consumer credit transaction is initially payable on the face of the evidence of indebtedness or, if there is no such evidence of indebtedness, by agreement. Notwithstanding the preceding sentence, in the case of an open-end credit plan involving a credit card, the card issuer and any person who honors the credit card and offers a discount which is a finance charge are creditors. For the purpose of the requirements imposed under part D of this subchapter and sections 1637(a)(5), 1637(a)(6), 1637(a)(7), 1637(b)(1), 1637(b)(2), 1637(b)(3), 1637(b)(8), and 1637(b)(10) of this title, the term "creditor" shall also include card issuers whether or not the amount due is payable by agreement in more than four installments or the payment of a finance charge is or may be required, and the Bureau shall, by regulation, apply these requirements to such card issuers, to the extent appropriate, even though the requirements are by their terms applicable only to creditors offering open-end credit plans. Any person who originates 2 or more mortgages referred to in subsection (aa) in any 12-month period or any person who originates 1 or more such mortgages through a mortgage broker shall be considered to be a creditor for purposes of this subchapter. The term "creditor" includes a private educational lender (as that term is defined in section 1650 of this title) for purposes of this subchapter.

[4] **Extortion defined:** 1. The offense committed by a public official who illegally obtains property under the color of office; esp., an official's collection of an unlawful fee. 2. The act or practice of obtaining something or compelling some action by illegal means as by force or coercion. *(BLACK LAWS DICTIONARY THIRD POCKET EDITION)*

[5] **Security defined:** 1. Collateral given or pledged to guarantee the fulfillment of an obligation; esp., the assurance that a creditor will be repaid (usu. With interest) any money or credit extended to a debtor. 4. An instrument that evidences the holder's ownership rights in a firm (e.g., a stock), the holder's creditor relationship with a firm or government (e.g., bond), or the holder's other rights (e.g., option). *(BLACK LAWS DICTIONARY THIRD POCKET EDITION)*

[6] **Transfer defined:** 1. Any mode of disposing of or parting with an asset or an interest in an asset, including a gift, the payment of money, release, lease, or creation of alien or other encumbrance. 2. Negotiation of an instrument according to the forms of law. The four methods of transfer are by indorsement, by delivery, by assignment, and by operation of law. 3. A conveyance of property or title from one person to another. *(BLACK LAWS DICTIONARY THIRD POCKET EDITION)* - **NRS 162.160** Definitions defined transfer: "Transfer" means a change on the books of a corporation in the registered ownership of a security.

[7] **Negotiable Instrument defined:** A written instrument that (1) is signed by the maker or drawer. (2) includes an unconditional promise or order to pay a specified sum of money. (3) is payable on demand or at a definite time, and (4) is payable to order or to bearer.

[8] **Acceptance defined:** 1. An offeree's assent either by express act or by implication from conduct to the terms of an offer in a manner authorized or requested by the offeror, so that a binding contract is formed. 2. A buyer's assent that the goods are to be taken in performance of a contract for sale. 3. The formal receipt of and

12

## COUNT V- DEPREVATION OF RIGHTS

38. The Defendant's breach and conduct are a deprivation of my rights to use credit.

    a. *Amendment IV*

        I.    The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

    b. *Amendment V Provision*

        I.    nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

---

agreement to pay a negotiable instrument. 4. A negotiable instrument, esp., a bill of exchange, that has been accepted for payment. *(BLACK LAWS DICTIONARY THIRD POCKET EDITION)*

[9] **Fiduciary defined:** 1. A person who is required to act for the benefit of another person on all matters within the scope of their relationship; one who owes to another the duties of good faith, trust, confidence, and candor < the corporate officer is a fiduciary to the shareholders> 2. One who must exercise a high standard of care in managing another's money or property. *(BLACK LAWS DICTIONARY THIRD POCKET EDITION)* - NRS 162.160 Definitions defined Fiduciary: "Fiduciary" means an executor, administrator, trustee, guardian, committee, conservator, curator, tutor, custodian or nominee.

[10] **Beneficial Owner defined:** 1. A beneficiary's interest in trust property. 2. A corporate shareholder's power to buy or sell the shares, though the shareholder is not registered on the corporation's books as the owner. *(BLACK LAWS DICTIONARY THIRD POCKET EDITION)*

[11] **Cestui Que Trust defined:** One who possesses equitable rights in property, usu. Receiving the rents, issues, and profits from it. *(BLACK LAWS DICTIONARY THIRD POCKET EDITION)*

[12] **Estate Defined:** The amount, degree, nature and quality of a person's interest in land or other property. *(BLACK LAWS DICTIONARY THIRD POCKET EDITION)*

c.  18 U.S. Code § 242- Deprivation of rights under color of law: Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

39.  The Defendant has no right to withhold interest as the law requires them to pay it.

a.  12 U.S. Code § 1431 Power and duties of banks:

I.  **(a) Borrowing money; issuing bonds and debentures; general powers:**

Each Federal Home Loan Bank shall have power, subject to rules and regulations prescribed by the Director, to borrow and give security therefor and to pay interest thereon, to issue

14

debentures, bonds, or other obligations upon such terms and conditions as the Director may approve, and to do all things necessary for carrying out the provisions of this chapter and all things incident thereto.

## **ADDITIONAL SUPPORTING ACTS/CODES**

31 CFR § 328.6 - Requirements for endorsement:

(a) On coupons. Unmatured coupons attached to restrictively endorsed securities should be canceled by imprinting the prescribed endorsement in such manner that a substantial portion of the endorsement will appear on each such coupon. If any such coupons are missing, deduction of their face amount will be made in cases of redemption, and in cases of exchange, remittance equal to the face amount of the missing coupons must accompany the securities. All matured coupons, including coupons which will mature on or before the date of redemption or exchange (except as otherwise specifically provided in an announcement of an exchange offering), should be detached from securities upon which restrictive endorsements are to be imprinted.

Cestui Que Vie Act 1666:

(a) An Act for Redresse of Inconveniencies by want of Proofe of the Deceases of Persons beyond the Seas or absenting themselves, upon whose Lives Estates doe depend.

(b) X1Recital that Cestui que vies have gone beyond Sea, and that Reversioners cannot find out whether they are alive or dead.

I. Whereas diverse Lords of Mannours and others have granted Estates by Lease for one or more life or lives, or else for yeares determinable upon one or more life or lives And it hath often happened that such person or persons for whose life or lives such Estates have beene granted have gone beyond the Seas or soe absented themselves for many yeares that the Lessors and Reversioners cannot finde out whether such person or persons be alive or dead by reason whereof such Lessors and Reversioners have beene held out of possession of their Tenements for many yeares after all the lives upon which such Estates depend are dead in regard that the Lessors and Reversioners when they have brought Actions for the recovery of their Tenements have beene putt upon it to prove the death of their Tennants when it is almost impossible for them to discover the same, For remedy of which mischeife soe frequently happening to such Lessors or Reversioners.

(c) Cestui que vie remaining beyond Sea for Seven Years together and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead.

I. If such person or persons for whose life or lives such Estates have beene or shall be granted as aforesaid shall remaine beyond the Seas or elsewhere absent themselves in this Realme by the space of seaven yeares together and noe sufficient and evident proofe be made of the lives of such person or persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every

16

such case the person or persons upon whose life or lives such Estate

depended shall be accounted as naturally dead, And in every Action

brought for the recovery of the said Tenements by the Lessors or

Reversioners their Heires or Assignes, the Judges before whom such

Action shall be brought shall direct the Jury to give their Verdict as if

the person soe remaining beyond the Seas or otherwise absenting

himselfe were dead.

(d)  If the supposed dead Man prove to be alive, then the Title is revested. Action

for mean Profits with Interest.

    I.  X2 Provided alwayes That if any person or [X3person or] persons shall

be evicted out of any Lands or Tenements by vertue of this Act, and

afterwards if such person or persons upon whose life or lives such

Estate or Estates depend shall returne againe from beyond the Seas, or

shall on proofe in any Action to be brought for recovery of the same

[X3to] be made appeare to be liveing; or to have beene liveing at the

time of the Eviction That then and from thenceforth the Tennant or

Lessee who was outed of the same his or their Executors

Administrators or Assignes shall or may reenter repossesse have hold

and enjoy the said Lands or Tenements in his or their former Estate for

and dureing the Life or Lives or soe long terme as the said person or

persons upon whose Life or Lives the said Estate or Estates depend

shall be liveing, and alsoe shall upon Action or Actions to be brought

by him or them against the Lessors Reversioners or Tennants in

17

possession or other persons respectively which since the time of the

said Eviction received the Proffitts of the said Lands or Tenements

recover for damages the full Proffitts of the said Lands or Tenements

respectively with lawfull Interest for and from the time that he or they

were outed of the said Lands or Tenements, and kepte or held out of

the same by the said Lessors Reversioners Tennants or other persons

who after the said Eviction received the Proffitts of the said Lands or

Tenements or any of them respectively as well in the case when the

said person or persons upon whose Life or Lives such Estate or Estates

did depend are or shall be dead at the time of bringing of the said Action

or Actions as if the said person or persons where then liveing.

## **DISPOSITIVE FACTS**

40. The Plaintiff is authorized as registered owner over the Cestui Que Vie Trust or Estate

being held in trust.

41. Contractual obligation: COX COMMUNICATIONS agrees to provide goods and

services to the Plaintiff by means of a security instrument "Bill of Exchange".

42. COX COMMUNCATIONS failed to provide service to the account and apply the

principal balance instructed to setoff and zero accounting.

43. COX COMMUNICATIONS treated the Plaintiff with prejudice, regardless of the

trustee, fiduciary duties owed to the principal.

44. COX COMMUNICATIONS files with the S.E.C. for Security Transfers and

reporting.

45.  COX COMMUNICATIONS offers applications also known as debt securities.

46.  COX COMMUNICATIONS willful negligence to dishonor are actions prohibited by their own legislation, the Constitution, State, and Federal Laws.

47.  COX COMMUNCIATIONS is required to always be in compliance of the Laws to engage in commerce.

## SUPPORTING CASE LAW

48.  *Securities Industry Association v. Board of Governors of the Federal Reserve System. (1986)*

   a.  Upon remand, the Board of Governors found that Bankers Trust's placement of commercial paper constituted the "selling" of a security without recourse and solely upon the order and for the account of customers, a practice permitted by section 16 of the Act, 12 U.S.C. § 24 (Seventh) (1982).

49.  *Securities Industry Association, Petitioner v. Board of Governors of the Federal Reserve System. (1988)*

   a.  The Chase Manhattan Corporation ("Chase") seeks permission for its affiliate, Chase Commercial Corporation ("Chase Commercial"), to underwrite and deal in commercial paper, to wit, short-term promissory notes and other negotiable instruments issued by commercial borrowers. **Because commercial paper is a "security"** under section 20 of the Act, Bankers Trust I, 468 U.S. at 150, 104 S. Ct. at 2986, Chase Commercial would be engaging in activities controlled by the section.

50.  *Nathan V. State of Louisiana, 49 U.S. 73 (1850)*

19

a. Exchange is as necessary an instrument of commerce as ships or vessels.

b. A bill of exchange is neither an export nor an import. It is not transmitted through the ordinary channels of commerce, but through the mail. It is a note merely ordering the payment of money, which may be negotiated by indorsement, and the liability of the names that are on it depends upon certain acts to be done by the holder, when it becomes payable.

c. For the purpose of revenue, the Federal government has taxed bills of exchange, foreign and domestic, and promissory notes, whether issued by individuals or banks. Now the Federal government can no more regulate the commerce of a state, than a state can regulate the commerce of the Federal government; and domestic bills or promissory notes are as necessary to the commerce of a state, as foreign bills to the commerce of the Union. And if a tax on an exchange broker, who deals in foreign bills, be a regulation of foreign commerce, or commerce among the states, much more would a tax upon state paper, by Congress, be a tax on the commerce of a state.

d. The Constitution declares that no state shall impair the obligations of a contract, and there is no other limitation on state power in regard to contracts. In determining on the nature and effect of a contract, we look to the lex loci where it was made or where it was to be performed. And bills of exchange, foreign or domestic, constitute, it would seem, no exception to this rule. Some of the states have adopted the law merchant, others have not. The time within which a demand must be made on a bill, a protest entered, and notice given, and the damages to be recovered, vary with the usages and legal enactments

20

of the different states. These laws, in various forms and in numerous cases,
have been sanctioned by this court. Indorsers on a protested bill are held
responsible for damages, under the law of the state where the indorsement
was made. Every indorsement on a bill is a new contract, governed by the
local law. Story's Conflict of Laws, 314.

51. *First National Bank v. Commercial Bank (1934)*

    a.   1. BANKS AND BANKING — Title to Trust Funds — Right of Cestui to
Recover Funds. — The right of a cestui que trust to follow his trust money or
other property into the hands of the receivers of an insolvent bank is based
upon rights of property. It is not based upon a debt due and owing, nor upon
the ground of compensation for loss of the property or fund, but upon the
fundamental principle that the funds are still the property of the cestui que
trust and he is entitled to reclaim them whether in their original or some
altered form. In other words, the underlying theory is that the title to the trust
fund did not pass to the bank, and the claimant is therefore only recovering
his own.

## **RELIEF SOUGHT**

52. Plaintiff is requesting the following relief to be sought to remedy this matter.

    a.  Strict performance of the principal obligation to setoff the principal account.

    b.  The return of all the unearned interest.

c.  Redress for all injury and damages incurred due to this breach.

## **CONCLUSION**

In conclusion the Plaintiff requests relief to be granted as a matter of fact. The Defendant's cannot rebut factual events as they have no permissible evidence. Simply if my facts and laws cannot be rebutted, they will stand in truth. The account is being deprived of the required performance to setoff the obligation. The Defendant's owe the highest level of care and are authorized to complete the performance to setoff the account, and zero accounting. The dishonor and breach have caused injury and damage to me the Plaintiff, for which an equitable remedy is being sought and requested and can be justified. If relief cannot be granted, I am requesting a jury trial.

Dated this 30th day of October, 2023.

*Spann; Nicoshalmar-James*
_____
Spann; Nicoshalmar-James/BENEFICARY *Pro Se*