**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOSHALMAR SPANN, | Case No. 2:23-cv-00093-GMN-EJY |
| Plaintiff, | **JOINT STIPULATION & ORDER TO STAY DISCOVERY** |
| vs. | |
| COX COMMUNICATIONS, | |
| Defendants. | |

Pursuant to Local Rule IA 6-1, Local Rule 7-1, and this Court's January 18, 2024 Minute Order, Plaintiff NICOSHALMAR SPANN ("Spann") and Defendant COX COMMUNICATIONS ("Cox" and together with Spann, the "Parties"), hereby stipulate as follows:

WHEREAS, Spann filed his Complaint on January 18, 2023 and served Cox with a copy of the Complaint on November 13, 2023.

WHEREAS, Defendant Cox filed a Motion to Dismiss and Compel Arbitration on December 1, 2023 ("Cox's Motion");



WHEREAS, the Court issued a Minute Order on January 18, 2024 stating that if Cox's Motion was not resolved by March 18, 2024, "the parties must, no later than March 29, 2024, either file a joint proposed discovery plan and scheduling order or a stipulation to stay discovery."

WHEREAS, in accordance with the Court's Minute Order, the Parties have stipulated to stay all discovery pending resolution of Cox's Motion.

NOW, THEREFORE, the Parties hereby stipulate and agree that all discovery obligations in this action, including the deadline to file a joint proposed discovery plan and scheduling order, are stayed until the Court enters an order on Cox's Motion.

IT IS SO STIPULATED.

Dated: March 19, 2024

Respectfully submitted,

DICKINSON WRIGHT PLLC

*/s/ Gabriel A. Blumberg*
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com
*Attorneys for Defendant*
*Cox Communications*

Dated March 19, 2024

*/s/ Nichoshalmar Spann*
NICOSHALMAR SPANN
4554 Sapphire Moon Avenue
North Las Vegas, NV 89084
Email: Nspann07@gmail.com
*Pro Se Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 20, 2024

2

